

# United States District Court
### for the District of Columbia
### 333 Constitution Avenue,
### N.W. Washington, DC 20001

**Regina B. Larry**
**Jury Administrator**

January 25, 2022

Judge Boasberg,

I write to supplement and correct my testimony in *United States v. Lutamila*, 20-cr-24 on January 5, 2021, following my review of the transcript and fuller examination by the Clerk's Office of the composition of the master jury wheel from December 14, 2020 to present.

From December 14, 2020 until the end of March 2021, District of Columbia taxpayer records were not properly included in the merge process performed by the outside vendor contracted to perform merger and de-duplication across the three data sources comprising the source list. As such, the source list used during that period was produced by merging and deduplicating only the voter registration records and Department of Motor Vehicles ("DMV") records and a single name from the District of Columbia taxpayer records. The master jury wheel during that period was comprised of a random subset of about 600,000 names drawn from that source list.

Upon discovery that the taxpayer records were not merged with the voter registration and DMV records for the source list, a Clerk's Office information technology support employee, in a remedial effort, appended the file of taxpayer records in its entirety to the master jury wheel without de-duplication, resulting by April 1, 2021, in a master jury wheel with 961,221 entries. This master jury wheel was used from at least April 1, 2021 until January 19, 2022.

I became aware of the existence of over 900,000 entries in the master jury wheel as of June and July, 2021, and was incorrectly advised by a Clerk's Office information technology support employee that the issue was corrected and I understood that the three data sources comprising the source list and master jury wheel had been properly de-duplicated.

On January 19, 2022, the master jury wheel was replaced in its entirety with a new wheel composed of a random subset of **599,237** names drawn from a source list that merged and deduplicated all three data sources of voter registration, DMV and taxpayer records.

Respectfully,

Regina B. Larry
Jury Administrator