UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

SALUSTHIAN LUTAMILA,

Defendant.

Criminal Action No. 20-24 (JEB)

## VERDICT FORM

Count I

How do you find the Defendant on the charge of Bank Fraud?

_____X_____ Guilty                    _____ Not Guilty

Count II

How do you find the Defendant on the charge of Theft on or about November 16, 2018?

_____X_____ Guilty                    _____ Not Guilty

Count III

How do you find the Defendant on the charge of Theft on or about November 30, 2018?

_____X_____ Guilty                    _____ Not Guilty

Count IV

How do you find the Defendant on the charge of Theft on or about December 6, 2018?

_____X_____ Guilty                    _____ Not Guilty

Count V

How do you find the Defendant on the charge of Theft on or about December 28, 2018?

_____X_____ Guilty                    _____ Not Guilty

1

Count VI

How do you find the Defendant on the charge of Theft on or about January 14, 2019?

_____ Guilty                          _____ Not Guilty

Count VII

How do you find the Defendant on the charge of Theft on or about January 16, 2019?

_____ Guilty                          _____ Not Guilty

Count VIII

How do you find the Defendant on the charge of Theft on or about January 22, 2019?

_____ Guilty                          _____ Not Guilty

Count IX

How do you find the Defendant on the charge of Wire Fraud on or about November 16,

2018?

_____ Guilty                          _____ Not Guilty

Count X

How do you find the Defendant on the charge of Wire Fraud on or about November 30,

2018?

_____ Guilty                          _____ Not Guilty

Count XI

How do you find the Defendant on the charge of Wire Fraud on or about December 6,

2018? _____ Guilty                          _____ Not Guilty

Count XII

How do you find the Defendant on the charge of Wire Fraud on or about December 28,

2018?

2

_____X_____ Guilty                    _____ Not Guilty

#### Count XIII

How do you find the Defendant on the charge of Wire Fraud on or about January 14,

2019?

_____X_____ Guilty                    _____ Not Guilty

#### Count XIV

How do you find the Defendant on the charge of Wire Fraud on or about January 16,

2019?

_____X_____ Guilty                    _____ Not Guilty

#### Count XV

How do you find the Defendant on the charge of Wire Fraud on or about January 22,

2019?

_____X_____ Guilty                    _____ Not Guilty

#### Count XVI

How do you find the Defendant on the charge of Money Laundering on or about

November 26, 2018?

_____X_____ Guilty                    _____ Not Guilty

#### Count XVII

How do you find the Defendant on the charge of Money Laundering on or about January

22, 2019?

_____X_____ Guilty                    _____ Not Guilty

3

## Count XVIII

How do you find the Defendant on the charge of Money Laundering on or about

February 8, 2019?

_____X_____ Guilty                    _____ Not Guilty

## Count XIX

How do you find the Defendant on the charge of Money Laundering on or about

February 27, 2019?

_____X_____ Guilty                    _____ Not Guilty

## Count XX

How do you find the Defendant on the charge of Money Laundering on or about March

14, 2019?

_____X_____ Guilty                    _____ Not Guilty

## Count XXI

How do you find the Defendant on the charge of Money Laundering on or about April 4,

2019?

_____X_____ Guilty                    _____ Not Guilty

4